UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------X
United States of America

                                                                     10 CR 437 (SRC)

        -against-                                                    ORDER

Leonid Zaltsberg
                Defendant.
------------------------------------------------X

**AN APPLICATION** having been made to this Court on behalf of defendant, Leonid Zaltsberg by his attorney James J. DiPietro, Esq., for an Order allowing the defendant to travel to Ukraine from September 26, 2010 through November 9, 2010.

Upon having heard James J. DiPietro, Esq., in support of said application, and having been informed by AUSA Stacey Levine and USPO Diane Rivera that they consent to the relief requested as noted by their signatures below, as well as Pre-trial Officer Laurie Nadler who takes no position to the relief requested.

**IT IS HEREBY ORDERED** that the defendant, Leonid Zaltsberg, be allowed to travel to Ukraine from September 26, 2010 through November 9, 2010.

Dated: September 23, 2010

*James DiPietro*
James J. DiPietro, Esq.
Attorney At Law
186 Joralemon Street
Brooklyn, N.Y. 11201

*[signature]*
AUSA Stacey Levine

USPO Diane Rivera

*[signature]*
Ms. Laurie Nadler (Pre-trial)

ENTER:

*[signature]*
Honorable Stanley R. Chesler

2

IT IS HEREBY ORDERED that the defendant, Leonid Zaltsberg, be allowed to travel to Ukraine from September 26, 2010 through November 9, 2010.

Dated: September 23, 2010

*James DiPietro*
James J. DiPietro, Esq.
Attorney At Law
186 Joralemon Street
Brooklyn, N.Y. 11201

*[signature]*
AUSA Stacey Levine

*[signature]*
USPO Diane Rivera

_____
Ms. Laurie Nadler (Pre-trial)

ENTER:

_____
Honorable Stanley R. Chesler

2