UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                               Case No. 10-CR-437 (SRC)

LEONID ZALTSBERG,                 **ORDER**

       Defendant.

-------------------------------------------------------X

**AN APPLICATION HAVING BEEN MADE TO THIS COURT BY DEFENDANT LEONID ZALTSBERG**, for permission for him to travel internationally in Europe, and Government attorneys Michael C. Vasiliadis, Esq., and AUSA Scott McBride, having no objection to said application and consenting to the entry of the proposed order,

**IT IS HEREBY ORDERED**, that defendant is granted immediate permission to travel outside of the United States for a three-month period from May 15, 2012 to August 15, 2012.

**IT IS FURTHER ORDERED**, that prior to commencing this period of international travel, defendant shall provide his Probation Officer with an itinerary of his planned travel, and said itinerary shall be subject to the approval of the Probation Officer.

Dated: May 11, 2012

_____
Steven R. Kartagener, Esq.
Counsel for Defendant

_____
Michael C. Vasiliadis, Esq.
Counsel for the Government

_____
United States District Judge

STEVEN R. KARTAGENER
ATTORNEY AT LAW
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@Kartlaw.com

May 4, 2012

Hon. Stanley R. Chesler
United States District Judge
Frank R. Lautenberg U.S. Post Office
 & Courthouse, Federal Square
PO Box 999
Newark, NJ 07102

        **RE:**  **United States v. Leonid Zaltsberg**
            **Dkt. No. 10-Cr.-437 (SRC)**

Dear Judge Chesler:

  I represent defendant Leonid Zaltsberg (hereinafter "defendant") in the above-entitled criminal matter. Enclosed please find the proposed order, signed by both parties, in connection with our application, dated April 27, 2012, requesting that defendant be permitted to travel outside of the United States from May 15, 2012 to August 15, 2012.

              Respectfully submitted,

              Steven R. Kartagener