UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-                           Case No. 10-CR-437 (SRC)

LEONID ZALTSBERG,                    ORDER

         Defendant.

----------------------------------------------------------------X

        **AN APPLICATION HAVING BEEN MADE TO THIS COURT BY DEFENDANT**

**LEONID ZALTSBERG**, for permission for him to travel internationally in Europe for a two-month

period, and Government attorney Michael C. Vasiliadis, Esq., the lead prosecutor on this case,

having no objection to said application,

        **IT IS HEREBY ORDERED**, that defendant is granted immediate permission to travel

outside of the United States from November 21, 2012 to January 21, 2013, and

        **IT IS FURTHER ORDERED**, that prior to commencing this period of international travel,

defendant shall provide his Probation Officer with an itinerary of his planned travel, and said

itinerary shall be subject to the approval of the Probation Officer.

Dated: November 15, 2012

_Steven R. Kartagener_
Steven R. Kartagener, Esq.
Counsel for Defendant

_Michael C. Vasiliadis_
Michael C. Vasiliadis, Esq.
Counsel for the Government

_____
United States District Judge